IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00059-M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARTIN ACEVEDO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's opposed Motion for Additional Time to Report for Active Service [DE 26]. The court finds good cause for the extension of Defendant's deadline to report for his sentence. Accordingly, Defendant shall report to the facility designated by the United States Marshal on or before January 23, 2023.

SO ORDERED this 26th day of September, 2022.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE